RICHARD NICHOLS *vs.* STEPHEN B. ALLEN.

In an action on a promissory note when the signature is denied, the defendant's admission made in answer to an interrogatory filed by the plaintiff, that he made a note something of the purport of the one declared on, is of itself evidence sufficient for the consideration of the jury.

CONTRACT brought by the indorsee of a negotiable promissory note against the defendant as maker. The defendant's signature was denied.

At the trial in the Superior Court before *Putnam,* J., the only evidence offered to prove the signature of the defendant to the note, was the answers of the defendant to interrogatories filed by the plaintiff. The interrogatories and answers were as follows :

1. " Did you ever sign a note payable to L. A. Wilder, or order; if yea, was it not the one, a copy of which is annexed to the plaintiff's declaration ? " Ans. " I signed a note, but

whether it was payable to L. A. Wilder, or order, I am unable to say ; neither can I say whether it was the one, a copy whereof is annexed to the plaintiff's declaration I am unable to say ; it was something of that purport."

2. " Did you not sign a note, payable to L. A. Wilder, or order, and give him a written order for some roofing material, and also enter into a written contract with him directly or by his agent, in 1870 ? " Ans. " I answer as to the preceding interrogatory in regard to the note. I do not remember about any written order for some roofing materials. I did sign a written contract."

3. " Do you swear that you signed neither contract, note or order, as aforesaid ? " Ans. " I answer by referring to the two preceding answers."

4. " What was the consideration of said note, if you gave one ? " Ans. " It was the written contract, and said note was to be given up or exchanged for said written contract upon the happening of certain contingencies therein mentioned, and promised duly by the parties taking it."

5. " Were you visited by an agent of L. A. Wilder, in 1870, and if yea, what took place between you at the interview ? Did you give said agent any writing, and if yea, what was it ? " Ans. " I know nothing about L. A. Wilder's agents."

The defendant asked the court to rule that this evidence would not warrant the jury in finding that the defendant signed the note. The court declined so to rule, but did rule that the evidence was competent for their consideration on that question, and submitted the case to them under instructions.

The verdict was for the plaintiff, and the defendant alleged exceptions.

*J. Brown*, for the defendant.

*G. W. Morse*, for the plaintiff.

BY THE COURT. There was evidence to go to the jury.

*Exceptions overruled.*